# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                              Case No. 8:24-cv-01626-KKM-AAS

START CONNECTING LLC, et al.,

    Defendants.

_____

## ORDER

In a November 18, 2024, report (Doc. 94), the United States Magistrate Judge recommends that I grant Receiver Jared J. Perez's motion for payment of services rendered and reimbursement for costs incurred. (Doc. 88). The deadline to object has passed without an objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review of that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even absent an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. The requested fees and expenses are reasonable.

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 94) is **ADOPTED** and made a part of this Order for all purposes.

2. The Receiver's motion for payment of services rendered and reimbursement for costs incurred (Doc. 88) is **GRANTED** in the amount of $104,109.85.

**ORDERED** in Tampa, Florida, on December 3, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge