UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                  Case No: 8:24-cv-1626-KKM-AAS

START CONNECTING LLC, et al.,

    Defendants.
_____

## ORDER

On March 3, 2025, due to "vexatious and abusive litigation tactics in this case," Hamlet Garcia, Jr., was enjoined from filing documents in this case absent the signature of counsel admitted to the Middle District of Florida bar. (Doc. 156) at 3. As stated in the order, the injunction applies only to this case. *Id.* 3–4. ("Garcia is barred from submitting any documents in this case."). To the extent necessary to clarify its scope, the pre-filing injunction is modified to permit Garcia to file a notice of appeal challenging the Order. *See* 28 U.S.C. § 1292(a)(1).

Accordingly, it is **ORDERED**:

1. If Hamlet Garcia, Jr., elects to appeal the Order (Doc. 156), the Clerk must file that notice of appeal without requiring a signature from a member of the Middle District of Florida Bar.

**ORDERED** in Tampa, Florida, on March 12, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge