UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                  Case No: 8:24-cv-1626-KKM-AAS

START CONNECTING LLC, et al.,

    Defendants.
_____

## ORDER

The Receiver moves, unopposed, for court approval of the Settlement Agreement between the Receiver and Defendants Douglas R. Goodman and Doris E. Gallon-Goodman. (Doc. 200). Having reviewed the Settlement Agreement, the motion, and the record in this case, the Court finds that the unopposed Settlement Agreement is fair, reasonable, and adequate. *Sterling v. Stewart*, 158 F. 3d 1199, 1203 (11th Cir. 1998).

Accordingly, the following is **ORDERED**:

1. The Receiver's Motion for Settlement Approval (Doc. 200) is **GRANTED**. The Receiver is authorized to proceed to effectuate the Settlement Agreement in accordance with its terms.

**ORDERED** in Tampa, Florida, on June 4, 2025.

Kathryn Kimball Mizelle
United States District Judge