UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.                                                          Case No. 8:24-cv-1626-KKM-AAS

START CONNECTING LLC et al.,

     Defendants.

_____

## ORDER

Receiver Jared Perez moves to close the receivership, (Doc. 229), and for an award of fees, costs, and reimbursement of costs, (Doc. 230). The Federal Trade Commission does not oppose either motion. On April 29, 2026, the United States Magistrate Judge issued two reports recommending that I grant both motions and close the receivership. *See* (Docs. 231, 232). The deadline to object has passed without any objections.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review of that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews

legal conclusions de novo, even absent an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, the following is **ORDERED**:

1.  The Magistrate Judge's Reports and Recommendations (Docs. 231, 232) are **ADOPTED** and made a part of this Order for all purposes.

2.  Receiver Jared Perez's Unopposed Motion to Close the Receivership (Doc. 229) is **GRANTED**. The Court hereby:

    a.  Authorizes the Receiver to make a distribution of $237,181.78 to the plaintiff Federal Trade Commission (FTC);

    b.  Authorizes the Receiver to pay estimated final fees and costs of $5,000 (in addition to the amounts sought in the Receiver's Final Motion for Fees (Doc. 230)) to complete the closing of the Receivership from the remaining Receivership assets (unused funds will revert to the FTC);

    c.  Authorizes the abandonment of the Receivership Entities' (as defined in the Motion) all other remaining assets and liabilities of the Receivership;

d. Authorizes the Receiver to destroy, or otherwise dispose of, all books, records, computer equipment, other computer-related devices, and other items related to the Receivership in the Receiver's discretion after the FTC has been provided written notice of thirty days from the date of the notice to request copies of any Receivership records;

e. Authorizes the Receiver to retain the books and records necessary to support the tax returns filed by the Receiver for a period of four (4) years and thereafter destroy those books and records;

f. Approves the Receiver's Final Report and the Final Accounting attached as Exhibit 2 to the Receiver's Final Report and Motion to Close the Receivership (Doc. 229-2).

g. Discharges the Receiver and his agents, employees, members, officers, independent contractors, attorneys, representatives, predecessors, successors and assignees, and relieving the Receiver and his agents, employees, members, officers, independent contractors, attorneys, representatives, predecessors, successors, and assignees of all duties, liabilities, and responsibilities arising out of and/or pertaining to the Receivership previously established in this action effective upon the Receiver filing a Closing Declaration in which he attests that he has completed the final

distribution as specified herein, filed the final necessary tax returns, and paid the final fees and costs of the Receivership;

h.  Enjoins all persons from commencing or prosecuting, without leave of this Court, any action against the Receiver or his agents in connection with or arising out of the Receiver's or his agents' services to this Court in this Receivership, expressly including the matters addressed in (Doc. 219);

i.  Retains jurisdiction for the purpose of enforcing the above injunctive relief; and

j.  Closes this Receivership without further order from this Court effective upon the Receiver filing a Closing Declaration in which he attests that he has completed the final distribution, filed the final necessary tax returns, and paid the final fees and costs of the Receivership.

3.  Receiver Jared Perez's Unopposed Motion for Fees, Costs, and Reimbursement of Costs to the Receiver and his Professionals (Doc. 230) is **GRANTED** in the aggregate amount of $103,839.77. Payment shall be made as follows:

| | |
|---|---|
| Jared J. Perez, Receiver | $62,815.31 |
| Fogarty Mueller Harris, PLLC | $36,438.46 |
| PDR CPAs | $4,091.00 |
| E-Hounds, Inc. | $495.00 |

4

**ORDERED** in Tampa, Florida, on May 15, 2026.

Kathryn Kimball Mizelle
United States District Judge